## 46842. J. P. BRADBURY, INC. v. ATLANTA PAVING, INC.

HALL, Presiding Judge. In an action for the contract price for paving a street, defendant appeals from the judgment and the denial of its motion for new trial on the general grounds.

The evidence was sufficient to support the verdict and we can discern no issue of law.

*Judgment affirmed. Pannell and Quillian, JJ., concur.*

SUBMITTED JANUARY 10, 1972—DECIDED JANUARY 25, 1972.

*Jack Paller,* for appellant.
*John C. Tyler,* for appellee.